**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  25-0625 (RBW) |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action without prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: September 12, 2025                                Respectfully submitted,


JUDICIAL WATCH, INC.                            JEANINE FERRIS PIRRO
                                                United States Attorney


/s/ Christina Bobb                              By: /s/ Erika Oblea
CHRISTINA BOBB                                      ERIKA OBLEA
D.C. Bar No. 90021326                               Assistant United States Attorney
JUDICIAL WATCH, INC.                                601 D Street, NW
425 Third Street SW, Suite 800                      Washington DC 20530
Washington, DC 20024                                (202) 252-2549
Tel:    (202) 646-5172                              erika.oblea@usdoj.gov
Email: cbobb@judicialwatch.org


*Attorney for Plaintiff*                         *Attorneys for the United States of America*